IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BENCHOFF** | : | CIVIL ACTION NO. 1:CV-13-1216 |
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| **MATTHEW FOGAL AND DOUGLAS HERMAN** | : | |
| Defendants | : | |

# O R D E R

Before the Court in the captioned action is a November 4, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick.

2) The Defendants' Motions to Dismiss are **GRANTED** with prejudice as this Court lacks subject matter jurisdiction to assess the claims under the *Rooker-Feldman* doctrine; the Defendants' Motions to Dismiss are **GRANTED** based on Eleventh Amendment, judicial, and prosecutorial immunity defenses; the Defendants' Motions to Dismiss are **GRANTED** as Plaintiff's civil rights action pursuant to §1983 is barred by the applicable statute of limitations period; and the Defendants' Motion to Dismiss are **GRANTED** for failure to state a claim upon which relief may be granted.

3) The Clerk of Court is directed to **CLOSE** the case.

                                                s/ Yvette Kane
                                                YVETTE KANE, Judge
                                                United States District Court
                                                Middle District of Pennsylvania

Dated: November 27, 2013