# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BENCHOFF, : | |
|    Plaintiff : | No. 1:13-cv-01216 |
| : | |
| v. : | (Judge Kane) |
| : | |
| MATTHEW FOGAL and DOUGLAS : | (Magistrate Judge Mehalchick) |
| HERMAN, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 7th day of August 2014, **IT IS HEREBY ORDERED THAT** Plaintiff's Rule 60 motion for reconsideration of the Court's order adopting the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 36) is **DENIED**. The case will remain closed.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania